UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RYAN WHITNEY, M.D.,

          Plaintiff,

  -against-

MONTEFIORE MEDICAL CENTER and
ALBERT EINSTEIN COLLEGE OF MEDICINE,

          Defendants.

_____

Index No.: 21-cv-009623

**NOTICE OF WITHDRAWAL OF COUNSEL AS ATTORNEY OF RECORD**

TO:    THE COURT AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Rachel C. Rutter, of Marek Weisman LLC hereby withdraws her appearance for Plaintiff Ryan Whitney, M.D. in the above styled case. Plaintiff is not prejudiced by this withdrawal as Jason Solotaroff and the law firm of Giskan Solotaroff & Anderson, LLP will continue as counsel of record for Plaintiff Ryan Whitney, M.D.

    Dated: May 31, 2022

                                      Respectfully Submitted,

                                      MAREK WEISMAN LLC

                                      By: */s/ Rachel C. Rutter*
                                      Rachel C. Rutter, Admitted Pro Hac Vice
                                      55 East Monroe Street
                                      Suite 3800
                                      Chicago, IL 60603
                                      Phone: (312) 470-7662
                                      Email:rrutter@marekwesiman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed using the Court's electronic filing system on this 31st day of May 2022, which will serve all counsel of record.

/s/ Rachel C. Rutter