UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RYAN WHITNEY, M.D.,

                      Plaintiff,

      -v-

MONTEFIORE MEDICAL CENTER, et al.

                    Defendants.

21 Civ. 9623 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff Ryan Whitney's letter regarding ongoing, unresolved discovery disputes in this matter. *See* Dkt. 29. Pursuant to the Court's Individual Rule 2(c), defendants are ordered to respond to the letter by October 12, 2022.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                         PAUL A. ENGELMAYER
                                         United States District Judge

Dated: October 7, 2022
        New York, New York