UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RYAN WHITNEY, M.D.,

                              Plaintiff,

-v-

MONTEFIORE MEDICAL CENTER ET AL.,

                            Defendants.

21 Civ. 9623 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's case management conference, the Court set the following schedule:

1. The parties' joint stipulated facts ("JSF") are due April 17, 2023.

2. Defendant's brief in support of summary judgment is due May 8, 2023.

3. Plaintiff's brief in opposition to defendant's motion is due May 31, 2023.

4. Defendant's reply brief in support of its motion for summary judgment is due June 14, 2023.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          _____
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: February 14, 2023
         New York, New York