

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Jean L. Schmidt
212.497.8486 direct
212.583.9600 main
646.417.7534 fax
jschmidt@littler.com

May 17, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Whitney, M.D. v. Montefiore Medical Center, et al.*, Case No. 21-cv-09623-PAE

Dear Judge Engelmayer:

We represent Defendants in the above-referenced matter. We write on behalf of both Parties to request an extension of date for the Parties to file the Joint Stipulated Facts from May 17, 2023, to Friday, May 19, 2023.

The Parties have been working on the Joint Stipulated Facts and need a few more days to finalize the Stipulation. This extension will not affect any of other scheduled dates.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

/s/ Jean L. Schmidt

Jean L. Schmidt

cc:  All counsel of record via ECF

Granted.    SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge
May 17, 2023

littler.com