UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RYAN WHITNEY, M.D.,

                      Plaintiff,

-v-

MONTEFIORE MEDICAL CENTER, et al.,

                      Defendants.

21 Civ. 9623 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received requests from the parties to file certain materials in this case under seal. *See* Dkts. 68–69. The Court grants these requests but limited to (1) information referring to other residents in Montefiore's residency program or (2) sensitive financial information. Accordingly, the parties are directed to file unredacted versions of these case materials under seal, and where possible, to file redacted versions on the public docket. The Court expects that the parties will be judicious in their use of redactions, doing so only where privacy interests are clearly implicated.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: July 5, 2023
       New York, New York