UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN WHITNEY, M.D.,

                                    Plaintiff,

                    -v-

MONTEFIORE MEDICAL CENTER, et al.,

                                    Defendants.

21 Civ. 9623 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons outlined in the Court's July 5, 2023 order, Dkt. 74, the Clerk of Court is respectfully directed to seal the following docket entries: Dkts. 65-1, 65-2, 65-3, 65-4, 65-5, 65-6, 65-7, 65-8, 65- 9, 65-10, 65-11, 65-12, 65-13, 65-14, 65-55, 65-79, 65-81, 65-113, 65-90, and 65-91. The Clerk of Court is also respectfully directed to terminate the pending joint motion at docket 77.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 13, 2023
          New York, New York