**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

RYAN WHITNEY, M.D.,

                Plaintiff,                    21 **CIVIL** 9623 (PAE)

        -against-                              **JUDGMENT**

MONTEFIORE MEDICAL CENTER, et al.,

                Defendants.

------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 8, 2023, the Court grants Montefiore's motion for summary judgment on all of Whitney's federal claims. The Court declines to exercise supplemental jurisdiction over Whitney's state-law claims and dismisses these claims without prejudice to Whitney's right to pursue them in state court; accordingly, the case is closed.

**Dated:**  New York, New York
           November 8, 2023

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                    **BY:**

                                                                   **Deputy Clerk**